**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BENJAMIN MUHAMMAD JONES,
ADC #89586                                                                          PLAINTIFF

v.                                          5:12-cv-00189-SWW-JTK

WILLIAM STRAUGHN, et al.                                            DEFENDANTS

**ORDER**

By Order dated June 15, 2012 (Doc. No. 4), this Court granted Plaintiff's Motion to Proceed

in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  However, finding Plaintiff's

Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails

to state a claim, or states a legitimate claim with respect to a majority of the named Defendants, the

Court directed him to submit an Amended Complaint within thirty days.  The Court also cautioned

Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and

would take the place of his Original Complaint.  Plaintiff responded with an Amended Complaint,

but it failed to comply with the instructions set forth in the Court's June 15, 2012 Order (Doc. No.

5).  Therefore, the Court granted Plaintiff one final opportunity in which to amend his Complaint,

and to clarify the claims he intended to pursue (Doc. No. 6).  Plaintiff has now filed a second

Amended Complaint in which he states he wishes to pursue his denial of access to the Courts claim

against Defendants Morrison, Joseph Williams, and Wooten, and his excessive force claim against

Defendant Morrison.  Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for Defendants Andre Morrison,

Joseph Williams, and Melvin Wooten.  The Clerk shall issue summons for the Defendants, and the

United States Marshal is directed to serve a copy of the summons and second Amended Complaint

(Doc. No. 7) on Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

      IT IS SO ORDERED this 31st day of July, 2012.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE