**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BENJAMIN MUHAMMAD JONES,
ADC #89586                                                                                                PLAINTIFF

v.                                          5:12-cv-00189-SWW-JTK

WILLIAM STRAUGHN, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Straughn, Maurice Williams, Hobbs, Compton, Nelson, Taylor, Erwing, Perez, Evans, Naylnor, Putnam, Buck, Crockett, Pierson, Outlaw, and Sloa be DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE