**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BENJAMIN MUHAMMAD JONES,
ADC #89586                                                                                               PLAINTIFF

v.                                      5:12-cv-00189-SWW-JTK

WILLIAM STRAUGHN, et al.                                                              DEFENDANTS

## ORDER

Plaintiff Benjamin Muhammad Jones's motion [doc.#26] for reconsideration of this Court's adoption of proposed findings and recommendations received from United States Magistrate Judge Jerome T. Kearney has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 29th day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE