# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BENJAMIN MUHAMMAD JONES,                                                                    PLAINTIFF
ADC #89586

v.                                       5:12CV00189-SWW-JTK

WILLIAM STRAUGHN, et al.                                                                    DEFENDANTS

## ORDER

This matter is scheduled for an Evidentiary Hearing on August 21, 2013. In response to the Court's May 28, 2013 Scheduling Order (Doc. No. 44), Plaintiff has submitted requests for several witnesses (Doc. Nos. 46, 48, 50, 51). Prior to ruling on these requests, however, the Court would like to receive additional information concerning requested witnesses Rockmon Abdullah and Porter (Big Mike) John Doe. Specifically, Plaintiff should submit a short synopsis of their expected testimony, including what they saw or heard (witnessed) with respect to the June 22, 2012 incident. In addition, Plaintiff must provide a more specific name for Porter (Big Mike) John Doe. This additional information shall be filed within ten days of the date of this Order.

IT IS SO ORDERED this 17th day of July, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE