# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BENJAMIN MUHAMMAD JONES,                                                              PLAINTIFF
ADC #89586

v.                                       5:12CV00189-SWW-JTK

WILLIAM STRAUGHN, et al.                                                                DEFENDANTS

## ORDER

This Court issued an Order on August 6, 2013, directing Defendants to ensure the presence of several witnesses at the August 21, 2013 Evidentiary Hearing in this matter. Defendants filed a Response, stating that since witness Angela Lucas is not an employee of the Arkansas Department of Correction, they cannot ensure her presence at the hearing (Doc. No. 58). Furthermore, Defendants state they are unaware of Ms. Lucas' current address, and have not been able to locate an address for her through her former employer. In light of such, Defendants will not be required to ensure the presence of Angela Lucas at the Hearing.

IT IS SO ORDERED this 14th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE