IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENJAMIN MUHAMMAD JONES,
ADC #89586                                                                                    PLAINTIFF

v.                                  5:12CV00189-SWW-JTK

WILLIAM STRAUGHN, et al.                                                              DEFENDANTS

## ORDER

At the August 21, 2013, Evidentiary Hearing held in this matter, Defendant Artie Morris (originally sued as Andre J. Morrison), supplied his correct name. The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 30th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE