# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BENJAMIN MUHAMMAD JONES,
ADC #89586                                                                                                   PLAINTIFF

5:12CV00189-SWW-JTK

WILLIAM STRAUGHN, et al.                                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of those portions of the record to which Plaintiff objects, see 28 U.S.C. § 636(b)(1)(C), the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.     Defendants have judgment against Plaintiff on his claims of denial of access to the courts and excessive force.

2.     Plaintiff's denial of access to the courts claim be DISMISSED without prejudice.

3.     Plaintiff's excessive force claim be DISMISSED with prejudice.

4.     Plaintiff's motion to amend his complaint [doc.#69] is denied.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 16th day of September 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE